**962 O'BRIEN** vs. **RECORDERS' COURT JUDGE** (Detroit), No. 13266.

To compel respondent to settle a bill of exceptions in a crimi-

nal case, where relator was convicted and sentenced June 26, 1891, and a motion was made to settle the bill October 3, 1892. In the meantime several terms of court had intervened, and no order had been made extending the time within which exceptions might be presented.

Denied January 17, 1893.